■ Burkha Assets LLC, Appellant, v Seneca Insurance Company, Respondent. [48 NYS3d 579]—

Order, Supreme Court, New York County (Barry R. Ostrager, J.), entered April 4, 2016, which denied plaintiff's motion for partial summary judgment on its claim for payment under an insurance policy pursuant to an appraisal of damages due to vandalism, unanimously affirmed, without costs.

The motion court correctly determined that issues of fact exist concerning whether, notwithstanding the appraisal award, defendant was required to provide coverage in the first instance (see Matter of Delmar Box Co. [Aetna Ins. Co.], 309 NY 60 [1955]; Insurance Law § 3404).

We have considered plaintiff's remaining arguments and find them unavailing. Concur—Sweeny, J.P., Renwick, Mazzarelli and Manzanet-Daniels, JJ.